PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Feb 12, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:24-MJ-00003-HBK |
| Plaintiff, | |
| v. | |
| JOHN JAMES JOSE, aka JOHNNY TANOESOEDIBJO, | |
| Defendant. | |

I N F O R M A T I O N

COUNT ONE: [36 C.F.R. § 2.32(a)(3) - Knowingly give false or fictitious report or other false information to an authorized person investigating a violation of law or regulation]

The United States Attorney charges: T H A T

JOHN JAMES JOSE, AKA JOHNNY TANOESOEDIBJO,

Defendant herein, between on or about February 11, 2024, in Yosemite National Park, in the State and Eastern District of California, did knowingly giving a false and fictitious report and other false information to an authorized person investigating an accident or violation of law or regulation, in violation of 36 C.F.R. § 2.32(a)(3).

COUNT TWO: [36 C.F.R. § 4.2; California Vehicle Code § 12951 – Drive a motor vehicle without a driver's license in possession, in violation of California Vehicle Code 12951]

The United States Attorney charges: T H A T

JOHN JAMES JOSE, AKA JOHNNY TANOESOEDIBJO,

defendant herein, on February 11, 2024, in Yosemite National Park, in the State and Eastern District of California, did fail to have a valid driver's license issued to him in his immediate possession at all times when driving a motor vehicle upon a highway, in violation of 36 C.F.R. § 4.2; California Vehicle Code § 12951.

Dated:  February 12, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

INFORMATION                                               2

<u>**United States v. Jose**</u>
<u>**Penalties for Information**</u>

## COUNTS 1 and 2:

PENALTIES:   A maximum of up to 6 months in prison; or
Fine of up to $5,000; or both fine and imprisonment
5 years probation

SPECIAL ASSESSMENT: $10 (mandatory on each count)